Name     From: Greg Gall egos

Street Address     440 W. Minarets St. #108

City and County

State and Zip Code     Fresno, CA. 93650

FILED

AUG 27 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

*the full name of plaintiff who is filing*

Greg Gall egos Plantiff PROSE
440 W. Minarets St. #108
Fresno, CA 93650

-against-

*the full name of defendant who is being sued.*

Dunnion Law Firm DEFENDENT
2711 Garden Rd.
Montray, CA. 93940

**Complaint for a Civil Case**

Case No. __1: 1 9 CV 0 1 1 6 8 LJO EPG__

*filled in by the Clerk's Office*

Jury Trial: ☑ Yes

RECEIVED

AUG 27 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I. The Parties to This Complaint

 A. The Plaintiff

| | |
|---|---|
| Name | I remain, |
| Street Address | Greg Gall egos Plantiff PROSE |
| City and County | 440 W. Minarets St. #108 |
| State and Zip Code | Fresno, CA 93650 |

 B. The Defendant

| | |
|---|---|
| Name | RESPONDENT of |
| Job or Title | |
| Street Address | Dunnion Law Firm DEFENDENT |
| City and County | 2711 Garden Rd. |
| State and Zip Code | Montray, CA. 93940 |

2

## II.    Basis for Jurisdiction

The plantiff herein is <u>victem</u> under stress that was <u>defrauded</u> of "equitable" compensation by <u>Dunnion Law</u> under set <u>RULES of Law</u> for <u>injurys</u> of 30 areas of plantiffs single body in line with <u>A.M.A.</u> and <u>Insurers</u> standards, thus, DEFENDENTS are very guilty of <u>Malice of Fore thought</u> in <u>Obstruction of Justice</u> with criminal intent, because of bone fractures,brain trama, internal injurys,neck,spinal, shoulder,torso,hip and legs <u>damages</u> that creates medical <u>costs</u> for <u>remainder of life</u>.

<u>is</u>        for Federal Court

☑ Federal

### A.    If the Basis for Jurisdiction Is   Federal

— provisions of the United States Constitution   are at issue in this case.

3

    b.    <u>defendant is a corporation</u>

The defendant, incorporated under <u>the laws</u> of the State <u>*CA.*</u> and has principal place of business in the State <u>*CA.*</u>

<u>Dunnion Law Firm</u> DEFENDENT
2711 Garden Rd.
Montray, CA. 93940

ATTN: RESPONDENT *has Clovis, CA. contact.*

3.    The <u>Amount</u> in Controversy

——the <u>amount</u> the plaintiff claims the defendant owes or the amount at stake—is <u>more than $75,000</u>, not counting interest and costs of court, because

— <u>correct</u> damages of <u>SIX MILLION</u>.

### III. Statement of <u>Claim</u>

——▶ short and plain statement of the claim
briefly, ——▶ the <u>facts show</u> that plaintiff is <u>entitled</u> to the damage relief sought. ——▶ defendant was involved and caused the plaintiff harm or <u>violated</u> the plaintiff's <u>rights</u>, provisions of the <u>United States Constitution</u>

```
The plantiff herein is victem under stress that was defrauded
of "equitable" compensation by Dunnion Law under set RULES
of Law for injurys of 30 areas of plantiffs single body in
line with A.M.A. and Insurers standards, thus, DEFENDENTS
are very guilty of Malice of Fore thought in Obstruction of
Justice with criminal intent.
```

## IV. Relief

briefly and precisely    damage    relief the plaintiff asks

to the Court for  correct damages of SIX MILLION
    or before will Settle in 7 days for $3 million that will
STOP case from moving forward against Defendents. Don't delay
    to correct this Miscarrige Of Justice attempted
    before Dunnion Law Firm is put out of buisness.

With NO Verbals and
NO Arbitration.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law    a nonfrivolous argument
(3) the factual contentions have evidentiary support    specifically so identified,
after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __8-26__, 20_19_.

Signature of Plaintiff _____

Printed Name of Plaintiff  Greg Gallegos PROSE