UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG GALLEGOS,<br><br>    Plaintiff,<br><br>v.<br><br>DUNNION LAW FIRM,<br><br>    Defendant. | No. 1:19-cv-01168-LJO-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE WITHOUT PREJUDICE AND WITHOUT LEAVE TO AMEND FOR LACK OF SUBJECT-MATTER JURISDICTION<br><br>(ECF Nos. 6, 7) |

    Plaintiff, Greg Gallegos, is proceeding *pro se* in this action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 23, 2016, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed without prejudice and without leave to amend for lack of subject-matter jurisdiction. (ECF No. 6.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one days. (*Id.*) On November 1, 2019, Plaintiff filed untimely objections.[1] (ECF No. 7.)

---

[1] The document filed by Plaintiff is titled "Certificate of Service #11504," and does not indicate that it is intended as objections to the magistrate judge's findings and recommendations. (*See* ECF No. 7.) However, out of an abundance of caution, the Court has construed the document as objections to the findings and recommendations and has given those objections full consideration.

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a |
| 2 | *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's |
| 3 | objections, the Court finds the findings and recommendations to be supported by the record and |
| 4 | by proper analysis. |
| 5 | Accordingly, IT IS ORDERED: |
| 6 | 1. The findings and recommendations entered September 23, 2019 (ECF No. 6) are |
| 7 | ADOPTED in full; |
| 8 | 2. This action is DISMISSED, without prejudice and without leave to amend, based |
| 9 | on lack of subject-matter jurisdiction; and |
| 10 | 3. The Clerk of Court is respectfully DIRECTED to close this case. |

IT IS SO ORDERED.

Dated: __**November 6, 2019**__             _____/s/ Lawrence J. O'Neill_____
                                                                 UNITED STATES CHIEF DISTRICT JUDGE