1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREG GALLEGOS,                          No. 1:19-cv-01168-LJO-EPG

12                    Plaintiff,              ORDER VACATING ORDER ADOPTING
                                             FINDINGS AND RECOMMENDATIONS;
13            v.                              DIRECTING CLERK OF COURT TO
                                             REOPEN CASE AND SEND PLAINTIFF A
14    DUNNION LAW FIRM,                       COPY OF THE FINDINGS AND
                                             RECOMMENDATIONS; AND PROVIDING
15                    Defendant.              PLAINTIFF WITH ADDITIONAL TIME TO
                                             FILE OBJECTIONS TO THE FINDINGS
16                                            AND RECOMMENDATIONS

17                                            (ECF Nos. 6, 7, 8, 10)

18                                            **TWENTY-ONE (21) DAY DEADLINE**

19

20           Plaintiff, Greg Gallegos, is proceeding *pro se* in this action. The matter was referred to a

21    United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22           On September 23, 2016, the assigned Magistrate Judge entered findings and

23    recommendations recommending that this action be dismissed without prejudice and without

24    leave to amend for lack of subject-matter jurisdiction. (ECF No. 6.) The findings and

25    recommendations were served on Plaintiff and contained notice that any objections thereto were

26    to be filed within twenty-one days. (*Id.*) On November 1, 2019, Plaintiff filed a document titled

27    "Certificate of Service #11504." (ECF No. 7.) Although the document did not indicate that it was

28    intended to be objections to the Magistrate Judge's findings and recommendations, out of an

                                               1

abundance of caution, the Court construed the document as objections and gave those objections full consideration.

On November 7, 2019, after conducting a *de novo* review of the case, including Plaintiff's filing, the Court entered an order adopting the findings and recommendations; dismissing the action, without prejudice, for lack of subject matter jurisdiction; and directing the clerk of the court to close the case. (ECF No. 8.)

On November 25, 2019, Plaintiff filed another document titled "Certificate of Service 11504." (ECF No. 10.) The Court construes the document as a motion for reconsideration of the Court's order adopting the findings and recommendations.

In his motion for reconsideration, Plaintiff indicates that his previous filing was not intended to be an objection, but instead only as a notice to the Court that Plaintiff had a heart attack and that this entitled him to increased damages. (*See* ECF No. 10.) Plaintiff also contends that "no one <u>ever</u> gave any 21 day to <u>reply</u>, that was <u>later</u> only in <u>L. ONeill</u> letter of <u>11-6-2019</u>. . . ." (*Id.*) The Court construes this language as indicating that Plaintiff was not given timely notice that he had twenty-one days to file objections to the findings and recommendations. The Court will also assume that Plaintiff did not receive a copy of the findings and recommendations, which contains notice that Plaintiff had twenty-one days to file objections. (*See* ECF No. 6.) Based this assumption and Plaintiff's representations, the Court will vacate its order adopting the findings and recommendations, provide Plaintiff with a copy of the findings and recommendations, and provide Plaintiff with an opportunity to file, with twenty-one days of the date this order is entered, objections to the findings and recommendations.

IT IS ORDERED:

1. Plaintiff's motion for reconsideration (ECF No. 10) is GRANTED to the extent Plaintiff seeks an opportunity to file objections to the findings and recommendations. Such objections shall be filed within **twenty-one (21) days** of the date this order is entered.

2. The order adopting the findings and recommendations of the Magistrate Judge, entered November 7, 2019 (ECF No. 8), is VACATED. The Clerk of the Court is

2

1  directed to REOPEN this case.

2    3. The Clerk of the Court is directed to SEND Plaintiff a copy of the Magistrate Judge's

3       findings and recommendations, entered on September 23, 2019 (ECF No. 6).

4    4. Within **twenty-one (21) days** from the date this order is entered, Plaintiff may file

5       written objections to the findings and recommendations. Such a document should be

6       captioned "Objections to Magistrate Judge's Findings and Recommendations."

7       Plaintiff is advised that failure to file objections within the specified time may result in

8       the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir.

9       2014) (quoting *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

10
11  IT IS SO ORDERED.

12      Dated:    **November 27, 2019**            **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES CHIEF DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28