UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG GALLEGOS,<br><br>    Plaintiff,<br><br>    v.<br><br>DUNNION LAW FIRM,<br><br>    Defendant. | No.  1:19-cv-01168-NONE-EPG<br><br>ORDER ADDRESSING April 14, 2020 FILING<br><br>(Doc. No. 17) |

Plaintiff, Greg Gallegos, is proceeding *pro se* in this action.  On September 23, 2019, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed because "[p]laintiff's claim against the defendant law firm appears to be a state law claim for fraud or malpractice arising out of the defendant's representation of plaintiff in a personal injury action," and therefore "[p]laintiff must pursue his state law claim in state court, not federal court."  (Doc. No. 6 at 3.)  On January 8, 2020, the previously assigned district judge adopted the findings and recommendations and dismissed this case without prejudice and without leave to amend for lack of subject matter jurisdiction.  (Doc. No. 13.)

On February 12, 2020, plaintiff filed a document entitled "Certificate of Service #11504."  (Doc. No.15.)  Out of an abundance of caution, the court construed that filing as a motion for reconsideration and denied that motion on the ground that plaintiff still had presented no basis for this court to exercise subject matter jurisdiction over his claims.  (Doc. No. 16.)

1

1    On April 14, 2020, plaintiff filed yet another document entitled "Certificate of Service
2  #11504," attaching some of the same materials he attached to his February 12, 2020 filing.  (Doc.
3  No. 17.)  The court has reviewed the newest filing and once again concludes that it does not
4  provide a basis for reconsideration of the order of dismissal.  As mentioned, plaintiff's case was
5  dismissed for lack of subject matter jurisdiction.  Nothing in his recent filing indicates why this
6  court has federal question or diversity jurisdiction over the claims in this case.  Therefore, again
7  construing plaintiff's document (Doc. No. 17), as a motion for reconsideration, that motion is
8  DENIED.  The court will disregard further filings of this nature in this closed case and no further
9  orders will issue.

10  IT IS SO ORDERED.

11    Dated:   **May 13, 2020**                                       /s/ Dale A. Drozd
12                                                                    UNITED STATES DISTRICT JUDGE